IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN WILSON, ET AL. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 10-3915 |
| JOSHUA DEWEES, ET AL. : | |

**O R D E R**

**AND NOW**, this 9th day of October, 2013, upon consideration of the Motion for Summary Judgment of Defendant, Officer David Brockway, and Motion for Partial Summary Judgment of Defendant, Officer Joshua Dewees (ECF No. 33), it is **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part, as follows:

1. The Motion is **GRANTED** with respect to the malicious prosecution claim against Defendant Brockway.  Count VI of Plaintiff's Complaint is **DISMISSED** against Defendant Brockway.

2. The Motion is **GRANTED** with respect to the claim for intentional infliction of emotional distress.  Count VII of Plaintiff's Complaint is **DISMISSED** against both Defendant Dewees and Defendant Brockway.

3. The Motion is **DENIED** in all other respects.

**IT IS SO ORDERED.**

BY THE COURT:

*[signature]*

R. BARCLAY SURRICK, J.